1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS, | Case No.  1:21-cv-01660-DAD-BAM |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| ABAGAIL MESSA; AMANDA FORD; CHRISTINA ASTORGA; DELFINO NEIRA; and JUSTINE R. JOHNSON, | (Doc. No. 2) |
| | THIRTY-DAY DEADLINE |
| Defendants. | |

On June 28, 2021, Plaintiff Prince Paul Raymond Williams ("Plaintiff"), proceeding *pro se*, filed the instant action. (Doc. No. 1.)  Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. No. 2).

Plaintiff's application is insufficient for the Court to determine if he is entitled to proceed without prepayment of fees in this action. The application is unclear. Specifically, Plaintiff states he received payment for a workman's compensation claim of an estimated $400.00, however, it is unclear to the Court if that was a one-time payment.  (*Id.* at 1.)  Further, Plaintiff marked that he has two dependents which he supports, however, Plaintiff failed to identify the minors' relationship to himself and how much he contributes to their support. (*Id.* at 2.)

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling

1   to complete and submit the long form application, Plaintiff must pay the filing fee in full.

2        Based upon the foregoing, it is HEREBY ORDERED that:

3   1.     The Clerk of the Court is directed to forward an Application to Proceed in District

4          Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

5   2      Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the

6          $402.00 filing fee for this action, or (2) complete and file the enclosed Application

7          to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO

8          239; and

9   3.     If Plaintiff fails to comply with this order, this action shall be dismissed.

10

11   IT IS SO ORDERED.

12   Dated:   **December 7, 2021**              /s/ _Barbara A. McAuliffe_

13                                   UNITED STATES MAGISTRATE JUDGE

2