UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>ABAGAIL MESSA, et al.,<br><br>Defendants. | No.  1:21-cv-01660-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 7) |

Plaintiff Prince Paul Raymond Williams, proceeding *pro se* and *in forma pauperis*, filed this civil action on November 17, 2021.  (Doc. No. 1.)  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 21, 2022, the assigned magistrate judge issued findings and recommendations recommending that (1) plaintiff's federal claims in this action be dismissed, with prejudice, based on plaintiff's failure to state a claim, failure to obey the court's order, and failure to prosecute; (2) the court decline to exercise supplemental jurisdiction over plaintiff's purported state law claims; and (3) plaintiff's state law claims be dismissed without prejudice.  (Doc. No. 7.)  The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 16.)  No objections have been filed, and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on July 21, 2022 (Doc. No. 7) are adopted;
2. Plaintiff's federal claims are dismissed, with prejudice, based on plaintiff's failure to state a cognizable claim, failure to obey the court's order and failure to prosecute;
3. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims and those claims are dismissed without prejudice; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **August 20, 2022**

UNITED STATES DISTRICT JUDGE

2